# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MARCEL D. THOMPSON

NO. 2019 KW 1378

DEC 0 6 2019

In Re:   Marcel D. Thompson, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 558732.

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED ON THE SHOWING MADE.**

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT